No. 323. SECOND NATIONAL BANK *v.* UNITED STATES. October 20, 1930. Petition for writ of certiorari to the Court of Claims granted. *Messrs. W. A. Sutherland* and *Samuel Nesbit Evins* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg* and *Messrs.*

*Claude R. Branch* and *W. Marvin Smith* for the United States.

